IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Matthew Branning, *et. al*, *On behalf of himself and those similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Romeo's Pizza, Inc., *et al.*, <br><br> Defendant. | Case No. 1:19-cv-02092 <br><br> Judge Solomon Oliver, Jr. |

### PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' OBJECTION TO PLAINTIFF'S NOTICE CONCERNING CONDITIONAL CERTIFICATION

If Defendants had objections to Plaintiff's proposed form of FLSA Collective Action Notice, they were required to set forth those objections in their Response in Opposition to Plaintiff's Motion for Class and Collective Action Certification, which specifically requested approval of that Notice. Their failure to timely raise the objections in their Response means those objections are waived.

In their Response to Plaintiff's Motion to Strike the Objections, Defendants claim that they preserved the objections by including the following sentence in a footnote in their Response to Plaintiff's Motion for Class and Collective Action Certification: "Defendants are in the process of meeting and conferring with Plaintiff concerning stipulation to his Motion for Conditional Certification under the FLSA." See Doc. 78. But, this footnote did not preserve Defendants'

1

objections. And, while it is true that the parties had discussed a stipulation to FLSA collective action notice before Plaintiff filed his Motion, no agreement ever materialized. After Plaintiff filed his Motion for Class and Collective Action Certification, Defendants were obligated to raise any objections to Plaintiff's request in their response brief.

Already having missed their deadline to make a merits argument, Defendants have filed what amounts to a second Response and are attempting to make merits arguments concerning Plaintiff's notice—this is improper. There is no allowance under LR 7.1(d) for late responses or serial objections. By failing to raise their objection in their Response (See Doc. 93), they have waived their objections.

In the event the court is inclined to consider Defendants' untimely objections to Plaintiff's Notice, Defendants' objections are unfounded. The Notice in question has been submitted and approved in other proceedings[1] in roughly the same form. Most importantly, the proffered Notice meets the requirements of being "timely, accurate, and informative." *Hoffmann–La Roche, Inc. v. Sperling*, 493 U.S. 165, 172 (1989).

Plaintiff's Motion for Rule 23 Class Certification and FLSA Class Certification (Doc. 74) was a request to the Court to approve their proposed Notice, not an invitation for the parties to negotiate the contents of Notice. *See Dillow v. Home Care Network, Inc.*, No. 1:16-cv-612, 2017 U.S. Dist. LEXIS 85788, at *16 (S.D. Ohio June 5, 2017). Defendants chose not to provide any response or argument as to why the Court should not approve Plaintiff's proposed notice in their Response

---

[1] *See, e.g., Waters v. Pizza to You, LLC*, No. 3:19-cv-372, Doc. 20, PageID 182, Order Granting Motion to Send Notice and Denying Motion to Strike (approving Doc. 4-3); *Chludzinski v. NWPA Pizza, Inc.*, No. 1:20-cv-163, Doc. 16, PageID 1, Order Granting Joint Motion to Approve Stipulated Form of Notice and Stay Litigation (approving Doc. 15-1).

to Plaintiff's Motion. Because of this, and because Plaintiff's proposed Notice is proper, the Court should disregard Defendants' objections and approve Plaintiff's notice.

Plaintiff respectfully asks that the Court strike or disregard Defendants' submission objecting to Notice and authorize Plaintiff's proposed Notice. In the alternative, if the Court decides to consider Defendants' objections, Plaintiff asks for leave to file a response to Defendants' objections.

Respectfully submitted,

/s/ Phil Krzeski
Andrew R. Biller (Ohio Bar # 0081452)
Andrew P. Kimble (Ohio Bar # 0093172)
Philip J. Krzeski (Ohio Bar # 0095713)
Biller & Kimble, LLC
8044 Montgomery Road, Suite 515
Cincinnati, OH 45236
Telephone: (513) 202-0710
Facsimile: (614) 340-4620
abiller@billerkimble.com
akimble@billerkimble.com
pkrzeski@billerkimble.com

www.billerkimble.com

*Counsel for Plaintiff and putative class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed through the Court's ECF system, which will provide notice to all parties.

/s/ Phillip J. Krzeski
Phillip J. Krzeski