UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW BRANNING, *et al.*, | ) | Case No.: 1:19 CV 2092 |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| ROMEO'S PIZZA, INC., *et al.*, | ) | |
| | ) | |
| | ) | <u>ORDER</u> |
| Defendants | ) | |

Currently pending before the court is Plaintiffs' Unopposed Motion For Preliminary Approval Of Settlement, (ECF. 111), between himself, the FLSA Collective, and the Rule 23 class (collectively, "plaintiffs") and the following Defendants: Spackler, Smalls, Noonan Pizza Company, The Summer of George Pizza Company, LLC, I Don't Always Eat Pizza Company, Robert Braun, Thomas Fiala, John O'Keef, David Leissinger, Estate of Michael Hudson, and Robert Gilgora, (collectively, the "Spackler Defendants" or "Defendants"). In said Motion, the Plaintiffs also specifically asks that the court approve the form, content, and distribution of the class notice and claim form, preliminarily approve the service award for Plaintiff Branning, provisionally approve Class Counsel's request for attorney's fees and costs, and schedule a formal fairness hearing approximately 150 days after preliminary approval. Upon thorough review of the Parties' proposed settlement and Plaintiff's Memorandum in support of their Motion, the court finds that preliminary approval is warranted. The information provided causes the court to conclude that the proposed settlement is fair, reasonable and adequate. Therefore, the court grants approval in all respects requested by Plaintiff.

The court will hold a fairness hearing in this case, at which final approval will be considered. That hearing will be held on November 9, 2022 at 10:30 a.m. in Courtroom 19A of the Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

June 8, 2022