IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| Matthew Branning, et al. *On behalf of himself and those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Romeo's Pizza, Inc., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-2092 <br><br> Judge Solomon Oliver Jr. |

### Joint Motion for Clarification

Plaintiffs and Defendants BDS Brunswick, LLC, BDS Brookpark, LLC, Romeos Parma, LLC, and Ryan Rose jointly respectfully move for clarification of the Court's September 7, 2022, Order regarding whether this matter remains stayed.

On May 31, 2022, this Court entered an Order referring this matter to Magistrate Judge Parker for mediation. On July 8, the Court entered an Order granting the Parties' Joint Motion to Stay Proceedings until September 14, 2022, the scheduled date of mediation (Doc. 114). The Order advised that no further extensions of the stay would be provided.

On September 8, 2022, an Order was entered referring the Parties back to Magistrate Judge Parker to resolve the Parties' discovery disputes. Pursuant to that Order, the Parties attended a telephonic conference with Magistrate Judge Parker on September 14, 2022. Magistrate Parker

issued decisions on the Parties' discovery disputes, and a new mediation date has been set for January 10, 2023.

Because the September 8, 2022, Order was silent as to whether this matter remains stayed, the Parties request clarification from the Court if this matter is to remained stayed through the re-scheduled mediation date.

If this matter is not to remain stayed, or if it is to remain stayed and the January 10, 2023, mediation is unsuccessful, the Parties will submit an Amended Rule 26(f) Report to the Court within fourteen (14) days of the respective clarifying Order or mediation date.

Respectfully submitted,

| | |
|---|---|
| /s/Laura E. Farmwald | /s/ Stephen M. Bosak, Jr. (via email permission) |
| Andrew R. Biller (0081452) | Matthew A. Dooley (0081482) |
| Andrew P. Kimble (0093172) | Stephen M. Bosak, Jr. (0092443) |
| Laura E. Farmwald (0095034) | O'Toole, McLaughlin, Dooley & Pecora, Co., LPA |
| BILLER & KIMBLE, LLC | |
| 8044 Montgomery Rd., Ste. 515 | 5455 Detroit Road |
| Cincinnati, Ohio 45236 | Sheffield Village, Ohio 44054 |
| Telephone: (513) 715-8711 | Telephone: (440) 930-4001 |
| Facsimile: (614) 340-4620 | Facsimile: (440) 934-7208 |
| *abiller@billerkimble.com* | *mdooley@omdplaw.com* |
| *akimble@billerkimble.com* | *sbosak@omdplaw.com* |

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Laura E. Farmwald*
Laura E. Farmwald