IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| Matthew Branning, *et al.*, <br><br> *On behalf of themselves and those similarly situated*, <br><br> Plaintiffs, <br> v. <br><br> Romeo's Pizza, Inc., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-2092 <br><br><br> Judge Solomon Oliver Jr. |

PLAINTIFF'S REQUEST FOR DISCOVERY CONFERENCE

Plaintiff respectfully requests the Court set a telephone conference to discuss outstanding discovery issues related to Defendants' failure to produce the data required by this Court's Order granting Plaintiff's Motion for Class and Conditional Certification (Doc. 149), and for Defendants' failure to properly supplement their discovery responses.

In compliance with Local Rule 37.1, Plaintiff certifies that the Parties have made good faith efforts to resolve their discovery disputes but have reached an impasse. These efforts include several written correspondences.

In an effort to simplify the scheduling of the discovery telephone conference, Plaintiff's counsel has conferred with Defendants' counsel on availability. As of the time this Notice is filed, counsel for both Parties are available during the following dates and times for a telephonic conference:

- November 3, 2025: 9:00 a.m.-4:00 p.m.

- November 4, 2025: 9:00 a.m. – 2:00 p.m.

- November 6, 2025: 8:00 a.m. – 1:00 p.m.

    Respectfully submitted,

    */s/ Laura E. Farmwald*
    Andrew R. Biller (Ohio Bar # 0081452)
    Andrew P. Kimble (Ohio Bar # 0093172)
    Laura E. Farmwald (Ohio Bar #0095304)
    Biller & Kimble, LLC
    8044 Montgomery Road, Suite 515
    Cincinnati, OH 45236
    Telephone: (513) 202-0710
    Facsimile: (614) 340-4620
    *abiller@billerkimble.com*
    *akimble@billerkimble.com*
    *lfarmwald@billerkimble.com*

    www.billerkimble.com

    *Counsel for Plaintiffs and putative class*

**Certificate of Service**

The undersigned hereby certifies that a copy of the foregoing was served upon counsel for Defendants through the Court's ECF system.

/s/ Laura E. Farmwald