UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

Bradley Dietrich, *et al.*,

*On behalf of themselves and those similarly situated*,

Plaintiffs,

v.

Romeo's Pizza, Inc., *et al.*,

Defendants.

Case No. 1:19-cv-2092-SO

Judge Solomon Oliver Jr.

# ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT

The Court, having reviewed Plaintiff's Unopposed Motion for Final Approval of Class and Collective Action Settlement with Defendants BDS Brunswick, LLC, BDS Brookpark, LLC, Romeo's Parma, LLC, and Ryan Rose (collectively "Defendants"), and having held a Final Fairness Hearing on September 10, 2026, at 10:00 AM, in Courtroom 19A at the U.S. District Court for the Northern District of Ohio, 801 West Superior Avenue, Cleveland, Ohio 44113, hereby ORDERS and ADJUDGES:

1. The Motion for Final Approval of Settlement with Defendants is hereby GRANTED.

2. The class members have received the best notice of the settlement practicable under the circumstances. Individual notice has been sent via U.S. mail and electronic mail to all

members who could be identified through reasonable effort. The notice clearly and concisely stated in plain language the nature of the action, the class definition, and the class members' options. *See* Rule 23(c)(2)(B); (e)(1).

3. The settlement agreement entered into between the Parties is fair, reasonable, and adequate. *See* Fed. R. Civ. P. 23(e)(2). The class representative and class counsel have adequately represented the class, the proposal was negotiated at arm's length, and the proposal treats class members equitably relative to each other. Id. at Rule 23(e)(2)(A), (B), and (D). Most importantly, the relief provided to the class is adequate taking into account the costs, risks, and delay of trial and appeal, the effectiveness of any proposed method for distributing relief to the class, terms of any proposed attorneys' fee award, including the timing of payment, and any related agreements. Id. at Rule 23(e)(2)(C). The Court hereby APPROVES the Parties' settlement.

4. Plaintiff's request for attorneys' fees in the amount $265,000.00 is reasonable. On April 6, 2026, this Court provisionally approved this request for attorneys' fees as reasonable, subject to any objections raised by class members after they received notice of the settlement. ECF No. 170. Now that the notice process is complete, the Court notes there are no objections to the requested attorneys' fees. Plaintiff's request for attorneys' fees in the amount of $265,000.00 is APPROVED.

5. Plaintiff's counsel request reimbursement of advanced litigation expenses in the amount of $9,716.83. These costs were reasonable and necessary for the prosecution of this case. ECF No. 171. Plaintiff's counsel's request for reimbursement of litigation costs in the amount of $9,716.83 is hereby APPROVED.

6. Plaintiff requests a service award in the amount of $10,000 to Bradley Dietrich. ECF No. 171. Mr. Dietrich's efforts in this case have resulted in his co-workers receiving substantial relief. The service award of $10,000 to Bradley Dietrich is reasonable and hereby APPROVED.

7. The parties are ORDERED to carry out the settlement pursuant to its terms, including filing a stipulation of dismissal within 30 days of issuance of the settlement payments. The Court will retain jurisdiction over any disputes that may arise while the settlement is carried out.

IT IS SO ORDERED, THIS 10th DAY OF SEPTEMBER, 2026.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE